JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN ERNESTO GUZMAN BARRON,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, ETC., ET AL.,<br>Respondents. | No. ED CV 26-4082-E<br><br>JUDGMENT |

Pursuant to the “Order Denying Petition for Writ of Habeas Corpus,” it is adjudged that the Petition is denied and dismissed with prejudice.

DATED: August 10, 2026.

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE